**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00883-CV

## IN RE CHANEL MELTON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 13-FD-0582**

## MEMORANDUM OPINION

On November 4, 2014, relator Chanel Melton filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Stephen Baker, associate family judge of the County Court at Law Number 2 of Galveston County, to vacate a purported order finding relator in contempt.

This court does not have jurisdiction to issue a writ of mandamus against an associate judge. *See* Tex. Gov't Code § 22.221(a), (b); *see also In re D.G.*, No. 14-14-00420-CV, 2014 WL 2767623, *1 (Tex. App.—Houston [14th Dist.] June 17, 2014, orig. proceeding [mand. denied]) (mem. op., per curiam); *In re Nomura*, No. 14-13-00744-CV, 2013 WL 4774087, *1 (Tex. App.—Houston [14th Dist.] Sept. 5, 2013, orig. proceeding) (mem. op., per curiam); *In re J.W.B.*, No. 14-12-00410-CV, 2012 WL 1695208, *1 (Tex. App.—Houston [14th Dist.] May 15, 2012, orig. proceeding) (mem. op., per curiam). And relator has not provided this court any documentation demonstrating that the referring court has approved of the purported contempt judgment. *See* Tex. Fam. Code §§ 201.007(a)(13), 201.013(b). In fact, relator has not provided this court any documentation whatsoever in support of her mandamus petition, contrary to the applicable rules. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1).

Accordingly, because relator has not demonstrated that this court has jurisdiction to grant the requested relief, we dismiss relator's petition for want of jurisdiction.


PER CURIAM

Panel consists of Justices Boyce, McCally, and Brown.